## THE STATE *v.* THOMAS.

APPEAL from the *Warren* Common Pleas.

ELLIOTT, J:—*Thomas* was prosecuted and convicted before a justice of the peace, for a simple assault. He appealed to

the Court of Common Pleas, where the cause was dismissed and the defendant discharged. The record contains no bill of exceptions, nor does it appear therein for what reason the cause was dismissed; for aught that appears, it may have been for the want of prosecution. The case is brought here by the State. No case is made by the record authorizing an appeal by the State, under the statute. 2 G. & H., § 150, p. 425.

The appeal is dismissed, for the want of jurisdiction.

*D. E. Williamson,* Attorney General, for the State.